him with a homemade knife. A correctional officer also testified that he saw Lyles and another inmate walk into Edmondson's cell, that he heard scuffling, that he saw Lyles and the other inmate walk out of the cell, and that Edmondson then came out of the cell shouting that he had been stabbed. This was clearly sufficient evidence for the battery charge to have been submitted to the jury. The trial judge was correct in denying the motions for judgment of acquittal.

Judge COLE has authorized me to state that he agrees with the views expressed in this opinion.

517 A.2d 769

**Ronald S. WATKINS**

v.

**STATE of Maryland.**

**No. 127, Sept. Term, 1986.**

Court of Appeals of Maryland.

Nov. 25, 1986.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH and McAULIFFE, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 25th day of November, 1986

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals of Maryland be, and it is hereby, reversed and the case remanded to the Court of Special Appeals for further proceedings in light of *Turner v. State,* 307 Md. 618, 516 A.2d 579 (1986). The Mayor and City Council of Baltimore to pay the costs.

517 A.2d 769

**Michael A. LEWIS**

v.

**STATE of Maryland.**

**No. 128, Sept. Term, 1986.**

Court of Appeals of Maryland.

Nov. 25, 1986.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 25th day of November, 1986

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals of Maryland be, and it is hereby, reversed and the case remanded to the Court of Special Appeals for further proceedings in light of *Turner v. State,* 307 Md. 618, 516 A.2d 579 (1986). The Mayor and City Council of Baltimore to pay the costs.